# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| BRIDGET A. CIRINO ) | |
| ) | |
| Plaintiff, ) | CASE NO.  1:15-CV-02426 |
| ) | |
| v. ) | JUDGE PATRICIA A. GAUGHAN |
| ) | |
| THE HUNTINGTON NATIONAL BANK ) | |
| ) | **MOTION TO DISMISS** |
| Defendant. ) | |

Plaintiff, Bridget A. Cirino, pursuant to Rule 41 of the Federal Rules of Civil Procedure, moves the Court for an order dismissing her complaint, with prejudice, against Defendant, The Huntington National Bank, as the parties have reach a settlement of this matter.

Respectfully submitted,

 */s/ Geoff B. McCarrell*
Geoff B. McCarrell (Ohio 0086427)
MCCARRELL LAW, LLC
The United Bank Building
2012 W. 25th Street, Suite 701
Cleveland, Ohio  44113
Telephone: (440) 226-6187
Email: geoff@mccarrelllaw.com

*Counsel for Plaintiff, Bridget A. Cirino*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on December 30, 2015, a true and correct copy of the foregoing *Motion to Dismiss* was electronically filed with the clerk for the United States District Court for the Northern District of Ohio, Eastern Division, using the CM/ECF system, which will send notification of such filing to the attorneys of record at the addresses they have provided to the Court.

    */s/ Geoff B. McCarrell*
Geoff B. McCarrell (Ohio 0086427)
MCCARRELL LAW, LLC